# United States District Court

**NORTHERN**     **DISTRICT OF**     **CALIFORNIA**

FILED

2007 DEC -7 A 10: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES OF AMERICA

V.

Mario SARMIENTO-Sanchez
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**07-70729 PVT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, November 30, 2007, in Santa Clara County in the Northern District of California defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following
*Official Title*

facts:

### SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                                  ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**12/7/07**        at        San Jose, California
Date                                              City and State

Patricia V. Trumbull
United States Magistrate Judge
Name & Title of Judicial Officer

*Patricia V. Trumbull*
Signature of Judicial Officer

DOCUMENT NO.   CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

RE:    SARMIENTO-Sanchez, Mario A79 632 813

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)    Mr. SARMIENTO-Sanchez is a 29-year-old male who has used eight (8) aliases and two (2) dates of birth in the past.

(2)    Mr. SARMIENTO-Sanchez has been assigned one (1) Alien Registration number of A79 632 813, FBI number of 188770CC1, California Criminal Information Index number of A22811600, and a Santa Clara County Personal File Number of DRV029.

(3)    Mr. SARMIENTO-Sanchez is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

**DATE**                **PLACE OF DEPORTATION**
August 8, 2003          San Ysidro, CA

(4)    Mr. SARMIENTO-Sanchez last entered the United States at or near San Ysidro, CA on or after August 8, 2003, by crossing the international border without inspection subsequent to deportation.

(5)    Mr. SARMIENTO-Sanchez on a date unknown, but no later than November 30, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On December 6, 2007, Mr. SARMIENTO-Sanchez was interviewed by Immigration Enforcement Agent (IEA) Steven Contreras at the San Jose ICE Office, San Jose, CA, and during that interview, Mr. SARMIENTO-Sanchez was advised of his **Miranda** rights in Spanish. Mr. SARMIENTO-Sanchez waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:    SARMIENTO-Sanchez, Mario A79 632 813

(6)    Mr. SARMIENTO-Sanchez was, on May 13, 2002, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESSION FOR SALE OF CONTROLLED SUBSTANCE, TO WIT: METHAMPHETAMINE, an aggravated felony, in violation of Section 11378 of the California Health and Safety Code, and was sentenced to eight (8) months in jail.

(7)    Mr. SARMIENTO-Sanchez was, on May 2, 2003, convicted in the United States District Court, Northern District of California, for the offense of IMPROPER ENTRY BY AN ALIEN, a misdemeanor, in violation of 8 United States Code, Section 1325, and was sentenced to six (6) months in prison.

(8)    Mr. SARMIENTO-Sanchez was, on May 2, 2003, convicted in the United States District Court, Northern District of California, for the offense of POSSESSION OF FALSE ID, a misdemeanor, in violation of 18 United States Code, Section 1028(a)(4), and was sentenced to six (6) months in prison.

(9)    On the basis of the above information, there is probable cause to believe that Mr. SARMIENTO-Sanchez illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ___7___ day of ___December___, 2007

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE