E-FILING

1 | SCOTT N. SCHOOLS (SCBN 9990)
   | United States Attorney

FILED

2008 JAN -2 P 2: 51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 08 00001 RMW RS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| MARIO SARMIENTO-SANCHEZ, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

INFORMATION

The United States charges:

On or about November 30, 2007, the defendant

MARIO SARMIENTO-SANCHEZ,

an alien, previously having been arrested and deported from the United States on or about August 8, 2003, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

//

INFORMATION

1 | of Title 8, United States Code, Section 1326.

2 | DATED: 12/19/07

                                 SCOTT N. SCHOOLS
                                 United States Attorney

                                 DAVID R. CALLAWAY
                                 Deputy Chief, San Jose Office

7 | (Approved as to form: _____)
                     AUSA SCHENK

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN -2 PM 2:57
RICHARD W. WIEKING
                 U.S. DISTRICT COURT
                 NO. DIST. OF CA. S.J.

E-FILING

### OFFENSE CHARGED

8 U.S.C. SECTION 1326 - ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

### DEFENDANT - U.S.
MARIO SARMIENTO-SANCHEZ

DISTRICT COURT NUMBER

CR 08 00001 RMW
                                    RS

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

} MAGISTRATE CASE NO. 5-07-70729-PVT

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JEFFREY B. SCHENK

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: