AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.
Mario Sarmiento Sanchez

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-00001 RMW

I, Mario Sarmiento Sanchez , the above named defendant, who is accused of

illegal reentry, in violation of 8 U.S.C. § 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1/10/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
          Date

FILED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____Mario Sarmiento_____
Defendant

_____[signature]_____
Counsel for Defendant

Before _____
          Judicial Officer