BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SARMIENTO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00001 RMW |
| ) | |
| Plaintiff, ) | **NOTICE OF SUBSTITUTION OF** |
| ) | **COUNSEL** |
| vs. ) | |
| ) | |
| MARIO SARMIENTO-SANCHEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Federal Public Defender, Barry J. Portman, was previously appointed as counsel for

Mario Sarmiento-Sanchez.  Pursuant to General Order 45 of the Local Rules, Assistant Federal

Public Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for Mr.

Sarmiento-Sanchez.  Mr. Araujo will be replacing Assistant Federal Public Defender Lara

Vinnard as counsel of record.  Counsel's contact information is listed above.

Dated: January 16, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender
                    /S/

MANUEL U. ARAUJO
Assistant Federal Public Defender