1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO,
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant SARMIENTO-SANCHEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11
    UNITED STATES OF AMERICA,          )   No. CR 08-00001 RMW
12                                     )
                       Plaintiff,      )   **STIPULATION TO CONTINUE**
13  v.                                 )   **STATUS HEARING; [PROPOSED]**
                                       )   **ORDER**
14  MARIO SARMIENTO-SANCHEZ,           )
                                       )
15                     Defendant.      )
                                       )
16  _____)

                               **STIPULATION**
17
            Defendant and the government, through their respective counsel, hereby stipulate that,
18
    subject to the court's approval, the status hearing in the above-captioned matter, presently
19
    scheduled for February 4, 2008 at 9:00 a.m., may be continued to February 25, 2008, at 9:00 a.m.
20
    The continuance is being requested as defense counsel needs additional time to secure records
21
    and or documents regarding the defendant's criminal history.  To date the defense has secured the
22
    court documents in case number STO-342057A, originating in the Superior Court for the County
23
    of San Joaquin and court records for criminal case number FF 298802 which originates in the
24
    Superior Court for the County of Santa Clara.  Defendant's counsel needs additional time to
25
    secure additional records to prove that Mr. Sarmiento-Sanchez is not the individual named in
26

1  criminal case number STO-342057A.  Completion of the above investigation will enable the

2  parties to resolve this matter by plea agreement.

3      The parties further agree and stipulate that time should be excluded from and including

4  February 4, 2008 through and including February 25, 2008, to provide counsel reasonable time to

5  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the

6  United States and the defendant agree that granting the requested exclusion of time will serve the

7  interest of justice and outweigh the interest of the public and defendant in a speedy trial.

8

9  Dated:  January 31, 2008

10                                     _____/s/_____
                                       Manuel U. Araujo
11                                     Assistant Federal Public Defender

   Dated: January 31, 2008
12                                     _____/s/_____
                                       Jeffrey Schenk
13                                     Assistant United States Attorney

14

15                          **ORDER**

16      Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

17  conference hearing in the above-captioned matter shall be continued from February 4, 2008, to

18  February 25, 2008 at 9:00 a.m. as well as the period of delay from February 4, 2008, to and

19  including February 25, 2008, is excluded for purposes of Speedy Trial Act computations

20  pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

21

22

23  Dated: January ___, 2008

                                       _____
24                                     RONALD M. WHYTE
                                       United States District Judge

25

26

ORDER CONTINUING HEARING
No. CR 08-00001-RMW                    2