1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SARMIENTO-SANCHEZ

*E-FILED - 2/5/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00001 RMW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| v. ) | **STATUS HEARING; []** |
| ) | **ORDER** |
| MARIO SARMIENTO-SANCHEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for February 4, 2008 at 9:00 a.m., may be continued to February 25, 2008, at 9:00 a.m. The continuance is being requested as defense counsel needs additional time to secure records and or documents regarding the defendant's criminal history.  To date the defense has secured the court documents in case number STO-342057A, originating in the Superior Court for the County of San Joaquin and court records for criminal case number FF 298802 which originates in the Superior Court for the County of Santa Clara.  Defendant's counsel needs additional time to secure additional records to prove that Mr. Sarmiento-Sanchez is not the individual named in

criminal case number STO-342057A.  Completion of the above investigation will enable the parties to resolve this matter by plea agreement.

The parties further agree and stipulate that time should be excluded from and including February 4, 2008 through and including February 25, 2008, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated:  January 31, 2008

_____/s/_____
Manuel U. Araujo
Assistant Federal Public Defender

Dated: January 31, 2008

_____/s/_____
Jeffrey Schenk
Assistant United States Attorney

## ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from February 4, 2008, to February 25, 2008 at 9:00 a.m. as well as the period of delay from February 4, 2008, to and including February 25, 2008, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: February 5, 2008

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge