1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SARMIENTO-SANCHEZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 UNIQUE STATES OF AMERICA,           )   No. CR 08-00001 RMW
                                       )
                     Plaintiff,        )   **STIPULATION TO CONTINUE**
13 v.                                  )   **STATUS HEARING; [PROPOSED]**
                                       )   **ORDER**
14 MARIO SARMIENTO-SANCHEZ,            )
                                       )
15                   Defendant.        )
   _____)
16
                                **STIPULATION**
17
        Defendant and the government, through their respective counsel, hereby stipulate that,
18
   subject to the court's approval, the status hearing in the above-captioned matter, presently
19
   scheduled for February 25, 2008 at 9:00 a.m., may be continued to March 10, 2008 at 9:00 a.m.
20
   The continuance is being requested as defense counsel has obtained and secured additional
21
   records and documents regarding the defendant's criminal history.  In particular, the defense has
22
   secured the Court file in case number STO-342057A, originating in the Superior Court for the
23
   County of San Joaquin.  Defendant's counsel has also secured San Joaquin County jail booking
24
   records, including the photograph of the defendant booked into the jail in case number "STO-
25
   342057A."  The defense has obtained a Department of Motor Vehicle photographic record for
26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 08-00001-RMW                        1

1  Mario Sarmiento-Sanchez for the purpose of establishing that he is not the Mario Sanchez in case
2  STO-342057A. The above referenced documents will be provided to the government attorney
3  for his consideration. Additional time is needed for the government to review the records and
4  hold additional negotiations with the defendant's counsel regarding the defendant's criminal
5  history.
6      The parties further agree and stipulate that time should be excluded from and including
7  February 25, 2008 through and including March 10, 2008, to provide counsel reasonable time to
8  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the
9  United States and the defendant agree that granting the requested exclusion of time will serve the
10 interest of justice and outweigh the interest of the public and defendant in a speedy trial.

12 Dated: February 21, 2008

13                                                                  /S/
                                     Manuel U. Araujo
                                     Assistant Federal Public Defender

14 Dated: February 21, 2008

15                                                                   /S/
                                     Jeffrey B. Schenk,
16                                      Assistant United States Attorney

18 **ORDER**

19     Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
20 conference hearing in the above-captioned matter shall be continued from February 25, 2008, to
21 March 10, 2008 at 9:00 a.m. as well as the period of delay from February 25, 2008, to and
22 including March 10, 2008, is excluded for purposes of Speedy Trial Act computations pursuant
23 to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

24 Dated: February ___, 2008

25                                        _____
                                     RONALD M. WHYTE
26                                      United States District Judge