1 | BARRY J. PORTMAN
Federal Public Defender
2 | MANUEL U. ARAUJO,
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant SARMIENTO-SANCHEZ

*E-FILED - 2/26/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>            Plaintiff, )<br>      )<br>v.    )<br>      )<br>MARIO SARMIENTO-SANCHEZ, )<br>      )<br>            Defendant. )<br>_____ ) | No. CR 08-00001 RMW<br><br>**STIPULATION TO CONTINUE STATUS HEARING; [] ORDER** |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for February 25, 2008 at 9:00 a.m., may be continued to March 10, 2008 at 9:00 a.m. The continuance is being requested as defense counsel has obtained and secured additional records and documents regarding the defendant's criminal history.  In particular, the defense has secured the Court file in case number STO-342057A, originating in the Superior Court for the County of San Joaquin.  Defendant's counsel has also secured San Joaquin County jail booking records, including the photograph of the defendant booked into the jail in case number "STO-342057A."  The defense has obtained a Department of Motor Vehicle photographic record for

1  Mario Sarmiento-Sanchez for the purpose of establishing that he is not the Mario Sanchez in case
2  STO-342057A.  The above referenced documents will be provided to the government attorney
3  for his consideration.  Additional time is needed for the government to review the records and
4  hold additional negotiations with the defendant's counsel regarding the defendant's criminal
5  history.
6      The parties further agree and stipulate that time should be excluded from and including
7  February 25, 2008 through and including March 10, 2008, to provide counsel reasonable time to
8  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the
9  United States and the defendant agree that granting the requested exclusion of time will serve the
10 interest of justice and outweigh the interest of the public and defendant in a speedy trial.

12 Dated: February 21, 2008

                              /S/
13                             Manuel U. Araujo
                            Assistant Federal Public Defender

14 Dated: February 21, 2008

                              /S/
15                             Jeffrey B. Schenk,
16                             Assistant United States Attorney

18 **ORDER**

19     Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
20 conference hearing in the above-captioned matter shall be continued from February 25, 2008, to
21 March 10, 2008 at 9:00 a.m. as well as the period of delay from February 25, 2008, to and
22 including March 10, 2008, is excluded for purposes of Speedy Trial Act computations pursuant
23 to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

25 Dated: February 26, 2008

                            *Ronald M. Whyte*
26                             RONALD M. WHYTE
                            United States District Judge