**\*E-FILED \***

## CRIMINAL MINUTE ORDER

JUDGE:  Ronald M. Whyte                REPORTER:  Summer Clanton

DATE:  March 10, 2008                TIME: 9:00 am

CRIMINAL NO.: CR-08-00001-RMW

TITLE: UNITED STATES OF AMERICA    -v- MARIO SARMIENTO-SANCHEZ
       APPEARANCES:                         (P) (C)

PLTF:  AUSA: J. Schenk              DEFT: M. Araujo
                INTERPRETER:              L. Acre

COURT ACTION: DISPOSITION/SENTENCING

Hearing Held.  The defendant plead guilty to Count 1 of the Information.  A Plea Agreement

was executed.  SENTENCING: Defendant waived preparation of a PSR.  The Court

sentenced the defendant to the custody of the B.O.P. for a period of 24 months.  Upon

release from custody, the defendant shall be placed on supervised release for a period of

3 years.  The defendant is ordered to pay a special assessment in the amount of $100,

which shall be due immediately.   The Court did not impose a fine.  See Judgment for

specifics.

*/s/ Jackie Garcia*
    **JACKIE GARCIA**
   **Courtroom Deputy**